# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jose Luis Babin, | Case No. 2:25-cv-01627-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| God Speed, et al., | |
| Defendants. | |

Before the Court is *pro se* Plaintiff Jose Luis Babin's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis* (which means to proceed without paying the filing fee). Although Plaintiff initiated this action by filing documents, Plaintiff must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to either file an application to proceed *in forma pauperis* or pay the filing fee on or before **October 4, 2025,** to proceed with this case.

**IT IS THEREFORE ORDERED** that on or before **October 4, 2025,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.[1]

---

[1] The Court's forms can be found online at https://www.nvd.uscourts.gov/court-information/forms/

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **October 4, 2025**, the Court will recommend dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) a copy of the Court's *in forma pauperis* application for an inmate.

DATED: September 4, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE